```
 1  TAD A. DEVLIN  (SBN: 190355)
    JOEL A. MORGAN  (SBN: 262937)
 2  GORDON & REES LLP
    275 Battery Street, Suite 2000
 3  San Francisco, CA  94111
    Telephone:  (415) 986-5900
 4  Facsimile:  (415) 986-8054

 5  Attorneys for Defendant
    THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NASSER ESA,<br><br>    Plaintiff,<br><br>vs.<br><br>LOCKHEED MARTIN FLEXIBLE BENEFITS PLAN, LOCKHEED MARTIN GROUP UNIVERSAL LIFE PLAN, LIFE INSURANCE COMPANY OF NORTH AMERICA, and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br><br>    Defendants. | CASE NO. 5:10-CV-03977 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADR COMPLIANCE DATE** |

**TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

The parties in this action, Plaintiff Nasser Esa ("Plaintiff") and Defendants Lockheed Martin Flexible Benefits Plan, Lockheed Martin Group Universal Life Plan, Life Insurance Company of North America, and The Prudential Insurance Company of America (together, "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS the currently set to date to complete ADR and the Court's Case Management Conference is March 4, 2011;

WHEREAS the parties have agreed to mediation with the Court assigned mediator,

-1-

1 Michael J. Loeb, but due to scheduling conflicts will not be able to complete mediation by March
2 4, 2011;

3    WHEREAS the parties respectfully request the Court continue the ADR compliance date
4 and Case Management Conference until April 8, April 15, or April 29, 2011, as convenient with
5 the Court, to allow the parties to proceed to mediation.

6    **IT IS SO STIPULATED:**

7 Dated:  February 23, 2011

THE LAW OFFICE OF STEVEN M. CHABRE

By: */s/ Steven M. Chabre* _
    Steven M. Chabre
    Attorney for Plaintiff
    NASSER ESA

Dated:  February 23, 2011

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Dennis Rhodes* _
    Dennis Rhodes
    Attorneys for Defendants
    LOCKHEED MARTIN FLEXIBLE BENEFITS PLAN, LOCKHEED MARTIN GROUP UNIVERSAL LIFE PLAN, AND LIFE INSURANCE COMPANY OF NORTH AMERICA

Dated:  February 23, 2011

GORDON & REES LLP

By: */s/ Tad A. Devlin* _
    Tad A. Devlin
    Attorneys for Defendant
    THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

-2-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND
ADR COMPLIANCE DATE
CASE NO. 5:10-CV-03977 JF

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Case Management
2  Conference in this case be continued to ___April 15_____, 2011.
3
4
5  Date: ___February 28_____, 2011    _____
                                             JEREMY FOGEL
6                                            United States District Judge

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

ALBI/1066683/9268717v.1

-3-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADR COMPLIANCE DATE
CASE NO. 5:10-CV-03977 JF