**UNITED STATES DISTRICT COURT**

Northern District of California

San Jose Division

| | |
|---|---|
| NASSER ESA,<br>       Plaintiff,<br><br>   v.<br><br>LOCKHEED MARTIN FLEXIBLE<br>BENEFITS PLAN, et al.,<br>       Defendants.<br>_____/ | No. C 10-3977 JF<br><br>**ORDER RE: ATTENDANCE**<br><br>Date:        Not yet set<br>Mediator:  Michael Loeb |

IT IS HEREBY ORDERED that the request for defendant Life Insurance Company of North America's representative, Annie Hong, to attend telephonically the mediation that before Michael Loeb is GRANTED. Ms. Hong shall be available at all times to participate in the mediation session in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

March 22, 2011          By:    _Elizabeth D. Laporte_
Dated                                          Elizabeth D. Laporte
                                               United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California