UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| NASSER ESA,<br>                Plaintiff,<br><br>     v.<br><br>LOCKHEED MARTIN FLEXIBLE<br>BENEFITS PLAN, et al.,<br>                Defendants.<br>_____/ | No. C 10-3977 JF<br><br>**ORDER RE: ATTENDANCE**<br><br>Date:        Not yet scheduled<br>Mediator:  Michael Loeb |

    IT IS HEREBY ORDERED that the request for defendant The Prudential Insurance Company of America's representative, Leonard Giusti, to attend telephonically the mediation before Michael Loeb is GRANTED. Mr. Giusti shall be available at all times to participate in the mediation session in accordance with ADR L.R. 6-10(f).

        IT IS SO ORDERED.


April 7, 2011           By:      *Elizabeth D. Laporte*
Dated                                         Elizabeth D. Laporte
                                              United States Magistrate Judge