1  TAD A. DEVLIN (SBN: 190355)
   JOEL A. MORGAN (SBN: 262937)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054

5  Attorneys for Defendant
   THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| NASSER ESA, | CASE NO. 5:10-CV-03977 JF |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADR COMPLIANCE DATE** |
| LOCKHEED MARTIN FLEXIBLE BENEFITS PLAN, LOCKHEED MARTIN GROUP UNIVERSAL LIFE PLAN, LIFE INSURANCE COMPANY OF NORTH AMERICA, and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | |
| Defendants. | |

**TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

The parties in this action, Plaintiff Nasser Esa ("Plaintiff") and Defendants Lockheed Martin Flexible Benefits Plan, Lockheed Martin Group Universal Life Plan, Life Insurance Company of North America, and The Prudential Insurance Company of America (together, "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS the date to complete ADR and the Court's Case Management Conference was currently set for March 4, 2011;

1    WHEREAS the parties have agreed to mediation with the Court assigned mediator, Michael J. Loeb, but due to scheduling conflicts were not be able to complete mediation by March 4, 2011;

    WHEREAS the parties have tentatively agreed to conduct mediation on May 31, 2011;

    WHEREAS the parties respectfully request the Court continue the ADR compliance date to allow the May 31, 2011 mediation to take place within the compliance date, and continue the Case Management Conference until June 10, June 17, or June 24, 2011 as convenient with the Court, to allow the parties to proceed to mediation and then report to the Court on the case status.

    Respectfully submitted.

    **IT IS SO STIPULATED:**

Dated:  April 5, 2011

THE LAW OFFICE OF STEVEN M. CHABRE

By: */s/ Steven M. Chabre* _
    Steven M. Chabre
    Attorney for Plaintiff
    NASSER ESA

Dated:  April 5, 2011

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:  */s/ Dennis Rhodes* _
    Dennis Rhodes
    Attorneys for Defendants
    LOCKHEED MARTIN FLEXIBLE BENEFITS PLAN, LOCKHEED MARTIN GROUP UNIVERSAL LIFE PLAN, AND LIFE INSURANCE COMPANY OF NORTH AMERICA

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE AND ADR COMPLIANCE DATE                    CASE NO. 5:10-CV-03977 JF

Dated: April 5, 2011

                 GORDON & REES LLP


                 By: */s/ Tad A. Devlin*
                    Tad A. Devlin
                    Attorneys for Defendant
                    THE PRUDENTIAL INSURANCE
                    COMPANY OF AMERICA

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the ADR compliance date is continued until May 31, 2011 and the Case Management Conference in this case is continued to ___June 10___, 2011.

Date: ___4/14___, 2011       _____
                   JEREMY FOGEL
                   United States District Judge

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

ALBI/1066683/9562922v.1