Steven M. Chabre, SBN 173271
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
(510) 749-1440
(510) 749-0466 (fax)
chabre66@yahoo.com

Attorney for Plaintiff

**E-Filed 6/8/2011**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NASSER ESA,<br><br>        Plaintiff,<br><br>    vs.<br><br>LOCKHEED MARTIN FLEXIBLE BENEFITS PLAN, LOCKHEED MARTIN GROUP UNIVERSAL LIFE PLAN, LIFE INSURANCE COMPANY OF NORTH AMERICA, and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>        Defendants. | Case No.: C 10-3977 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANGEMENT CONFERENCE AND ADR COMPLIANCE DATE**<br><br><br><br>Judge:  Honorable Jeremy Fogel |

**STIPULATION**

Plaintiff, Nasser Esa, and defendants, Lockheed Martin Flexible Benefits Plan ("the Flex Plan"), Lockheed Martin Group Universal Life Plan ("the Universal Life Plan"), Life Insurance Company of North America ("LINA"), and The Prudential Insurance Company of America ("Prudential") stipulate to the following:

The parties scheduled a mediation session for May 31, 2011 with Michael Loeb, Esq. as the mediator. Defendant Prudential did not attend the mediation because of a scheduling conflict that arose for Prudential's attorney. Plaintiff and defendants LINA and the Flex Plan went ahead with the May 31 mediation and agreed to settle plaintiff's first cause of action. Plaintiff and LINA have not yet exchanged the consideration called for in their settlement, but they will shortly.

Plaintiff and defendants Prudential, the Flex Plan, and the Group Universal Life Plan intend to complete the mediation and are attempting to find a mutually agreeable date with the mediator for the follow-up session.

Consequently, the parties respectfully request that the Court continue the ADR compliance date to July 8, 2011 and the case management conference until July 29, 2011.

Date: June 3 ,2011           WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                             By:   /s/
                                   Sean Nalty
                                   Attorneys for Defendants
                                   LOCKHEED MARTIN FLEXIBLE BENEFITS PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA

Date: June 3, 2011           GORDON & REES LLP

                             By:   /s/
                                   Tad Devlin
                                   Attorneys for Defendants
                                   LOCKHEED MARTIN FLEXIBLE BENEFITS PLAN, LOCKHEED MARTIN GROUP UNIVERSAL LIFE PLAN and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

Date: June 3, 2011            THE LAW OFFICE OF STEVEN M. CHABRE


By: /s/
     Steven M. Chabre
     Attorneys for Plaintiff
     NASSER ESA


**ORDER**


**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the ADR compliance date is continued to July 8, 2011 and the Case Management Conference is continued to July 29, 2011.


Date: June 8, 2011.

JEREMY FOGEL
United States District Judge