**E-Filed 7/29/2011**

Steven M. Chabre, SBN 173271
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
(510) 749-1440
(510) 749-0466 (fax)
chabre66@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASSER ESA, | Case No.: C 10-3977 JF |
| Plaintiff, | **NOTICE OF SETTLEMENT AND** ~~PROPOSED~~ **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| LOCKHEED MARTIN FLEXIBLE BENEFITS PLAN, LOCKHEED MARTIN GROUP UNIVERSAL LIFE PLAN, LIFE INSURANCE COMPANY OF NORTH AMERICA, and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendants. | |

Plaintiff, Nasser Esa, and defendants, Lockheed Martin Flexible Benefits Plan, Lockheed Martin Group Universal Life Plan, Life Insurance Company of North America, and The Prudential Insurance Company of America have reached an agreement to settle the entire litigation. Plaintiff and defendants Lockheed Martin Flexible Benefits Plan and Life Insurance Company of North America have concluded a final written memorialization of agreement as to plaintiff's first cause of action and have exchanged consideration with respect to that agreement. Plaintiff and defendants Martin Flexible Benefits Plan, Lockheed Martin Group Universal Life

Plan, and The Prudential Insurance Company of America have not yet concluded a final written memorialization of agreement as to plaintiff's second cause of action. The parties anticipate that they will conclude the formal memorialization of the agreement as to the remainder of the action shortly and will file a stipulation to dismiss the case with prejudice. If such formal memorialization of the agreement cannot be reached, the parties will notify the court by September 9, 2011. Pursuant to the above, the parties request that the case management conference currently scheduled for July 29, 2011 be continued to September 23, 2011.

Date: July 25, 2011           WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


By:   /s/
      Sean Nalty
      Attorneys for Defendants
      LOCKHEED MARTIN FLEXIBLE BENEFITS PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA


Date: July 25, 2011           GORDON & REES LLP


By:   /s/
      Tad Devlin
      Attorneys for Defendants
      LOCKHEED MARTIN FLEXIBLE BENEFITS PLAN, LOCKHEED MARTIN GROUP UNIVERSAL LIFE PLAN and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA


Date: July 25, 2011           THE LAW OFFICE OF STEVEN M. CHABRE


By:   /s/
      Steven M. Chabre
      Attorneys for Plaintiff
      NASSER ESA

# ORDER

**PURSUANT TO THE NOTICE OF SETTLEMENT, IT IS SO ORDERED** that the Case Management Conference scheduled for July 29, 2011 is continued to September 23, 2011.

Date: __July 26__, 2011.

_____
JEREMY FOGEL
United States District Judge