**E-Filed 9/20/2011**

TAD A. DEVLIN  (SBN: 190355)
JOEL A. MORGAN  (SBN: 262937)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NASSER ESA | CASE NO. 5:10-CV-03977 JF |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| LOCKHEED MARTIN FLEXIBLE BENEFITS PLAN, LOCKHEED MARTIN GROUP UNIVERSAL LIFE PLAN, LIFE INSURANCE COMPANY OF NORTH AMERICA, and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | AS MODIFIED BY THE COURT |
| Defendants. | |

**TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Nasser Esa and Defendant The Prudential Insurance Company of America, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS the Case Management Conference is currently set for September 23, 2011;

WHEREAS the parties have resolved the dispute and are in the process of finalizing the resolution of this matter and will be filing a stipulation to dismiss the case with prejudice shortly. The parties will notify the Court by October 14, 2011 of the status of resolution and dismissal;

-1-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE                                                                     CASE NO. 5:10-CV-03977 JF

1  WHEREAS Defendants Lockheed Martin Flexible Benefits Plan, Lockheed Martin
2  Group Universal Life Plan, and Life Insurance Company of North America have already
3  concluded a separate settlement with Plaintiff Nasser Esa and need not be a signatory to this
4  stipulation;

5  WHEREAS the parties respectfully request the Court continue the Case Management
6  Conference until October 28, 2011, if necessary, or as convenient with the Court, to allow the
7  parties time to finalize the resolution of this case.

8  Respectfully submitted.

9  **IT IS SO STIPULATED:**

10

11  Dated:  September 16, 2011

12                                       THE LAW OFFICE OF STEVEN M. CHABRE

13

14                                       By:  */s/ Steven M. Chabre*
15                                           Steven M. Chabre
                                         Attorney for Plaintiff
16                                           NASSER ESA

17  Dated:  September 16, 2011

18                                       GORDON & REES LLP

19

20                                     By:  */s/ Tad A. Devlin*
21                                         Tad A. Devlin
                                       Attorneys for Defendant
22                                       THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

23

24

25

26

27

28

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA  94111*

1 **ORDER**

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Case Management
VACATED pending reassingment of this case to another judge.
3 Conference in this case is ~~continued to -----------------------------, 2011~~.

Date: _____September 20_____, 2011     _____

JEREMY FOGEL
United States District Judge

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

ALBI/1066683/10743487v.1

-3-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE                                          CASE NO. 5:10-CV-03977 JF