**E-Filed 9/20/2011**

1  TAD A. DEVLIN  (SBN: 190355)
   JOEL A. MORGAN  (SBN: 262937)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA  94111
   Telephone:  (415) 986-5900
4  Facsimile:  (415) 986-8054

5  Attorneys for Defendant
   THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NASSER ESA | CASE NO. 5:10-CV-03977 JF |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| LOCKHEED MARTIN FLEXIBLE BENEFITS PLAN, LOCKHEED MARTIN GROUP UNIVERSAL LIFE PLAN, LIFE INSURANCE COMPANY OF NORTH AMERICA, and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | AS MODIFIED BY THE COURT |
| Defendants. | |

**TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Nasser Esa and Defendant The Prudential Insurance Company of America, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS the Case Management Conference is currently set for September 23, 2011;

WHEREAS the parties have resolved the dispute and are in the process of finalizing the resolution of this matter and will be filing a stipulation to dismiss the case with prejudice shortly. The parties will notify the Court by October 14, 2011 of the status of resolution and dismissal;

WHEREAS Defendants Lockheed Martin Flexible Benefits Plan, Lockheed Martin Group Universal Life Plan, and Life Insurance Company of North America have already concluded a separate settlement with Plaintiff Nasser Esa and need not be a signatory to this stipulation;

WHEREAS the parties respectfully request the Court continue the Case Management Conference until October 28, 2011, if necessary, or as convenient with the Court, to allow the parties time to finalize the resolution of this case.

Respectfully submitted.

**IT IS SO STIPULATED:**

Dated: September 16, 2011

THE LAW OFFICE OF STEVEN M. CHABRE

By: */s/ Steven M. Chabre*
Steven M. Chabre
Attorney for Plaintiff
NASSER ESA

Dated: September 16, 2011

GORDON & REES LLP

By: */s/ Tad A. Devlin*
Tad A. Devlin
Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

1  **ORDER**

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Case Management
3  Conference in this case is ~~continued to~~ ~~_____, 2011~~. VACATED pending reassingment of this case to another judge.

4

5
   Date: September 20, 2011
6  
   JEREMY FOGEL
7  United States District Judge

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

ALBI/1066683/10743487v.1

-3-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE                                              CASE NO. 5:10-CV-03977 JF