1  STEVEN M. CHABRE  (SBN 173271)
   THE LAW OFFICE OF STEVEN M. CHABRE
2  1335 Park Avenue
   Alameda, CA  94501
3  Telephone:     (510) 749-1440
   Facsimile:     (510) 749-0466
4
   Attorney for Plaintiff
5  NASSER ESA

6

7

8                    UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  NASSER ESA                          )   Case No.:     C-10-3977 LHK
                                        )
12          Plaintiff,                  )   **STIPULATION OF DISMISSAL WITH**
                                        )   **PREJUDICE**
13      vs.                             )
                                        )
14  LOCKHEED MARTIN FLEXIBLE            )
    BENEFITS PLAN, LOCKHEED MARTIN      )
15  GROUP UNIVERSAL LIFE PLAN, LIFE     )
    INSURANCE COMPANY OF NORTH          )
16  AMERICA, and THE PRUDENTIAL         )
    INSURANCE COMPANY OF AMERICA,       )
17                                      )
            Defendants.
18

19

20

21

22

23

24

25

26

27

28

**STIPULATION OF DISMISSAL**
USDC NDCA Case #C-10-3977 LHK

1    All parties of record, through their respective attorneys, **HEREBY STIPULATE** that the

2    above-captioned matter and all claims of relief can be dismissed with prejudice as to all parties in

3    its entirety pursuant to the parties' agreement to resolve the matter.  All parties to bear their own

4    fees and costs.

5        **IT IS SO STIPULATED.**

6
     Date:                                    WILSON, ELSER, MOSKOWITZ,
7                                                  EDELMAN & DICKER LLP

8
9    By:_____/s/_____
                                                 Sean Nalty
                                             Attorneys for Defendants
10                                            LIFE INSURANCE COMPANY OF NORTH
                                              AMERICA and LOCKHEED MARTIN
11                                            FLEXIBLE BENEFITS PLAN

12
     Date:                                    GORDON & REES LLP
13

14
     By:___/s/_____
15                                               Tad Devlin
                                             Attorneys for Defendants
16   LOCKHEED  MARTIN  FLEXIBLE  BENEFITS  PLAN,
     LOCKHEED   MARTIN   GROUP   UNIVERSAL   LIFE
17   PLAN and THE PRUDENTIAL INSURANCE COMPANY
     OF AMERICA

18

19
     Date:                                    THE LAW OFFICE OF STEVEN M. CHABRE
20

21   By:_____/s/_____
                                                 Steven M. Chabre
22                                           Attorneys for Plaintiff NASSER ESA

23

24

25

26

27

28
                                             1
     **STIPULATION OF DISMISSAL WITH PREJUDICE**
     USDC NDCA Case #C-10-3977 LHK

1

2

### ORDER

3

4    The above-captioned matter and all claims for relief with respect to the action are

5    dismissed with prejudice as to all parties pursuant to the parties' agreement to resolve the disputed

matter.  All parties to bear their own fees and costs.

6

7    **IT IS SO ORDERED**.

8

9    Date:  September 30, 2011          By: _____

10                                         HONORABLE LUCY H. KOH
                                           UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**STIPULATION OF DISMISSAL WITH PREJUDICE**
USDC NDCA Case #C-10-3977 LHK