STEVEN M. CHABRE  (SBN 173271)
THE LAW OFFICE OF STEVEN M. CHABRE
1335 Park Avenue
Alameda, CA  94501
Telephone:     (510) 749-1440
Facsimile:      (510) 749-0466

Attorney for Plaintiff
NASSER ESA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASSER ESA | Case No.:     C-10-3977 LHK |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| LOCKHEED MARTIN FLEXIBLE BENEFITS PLAN, LOCKHEED MARTIN GROUP UNIVERSAL LIFE PLAN, LIFE INSURANCE COMPANY OF NORTH AMERICA, and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendants. | |

**STIPULATION OF DISMISSAL**
USDC NDCA Case #C-10-3977 LHK

1  All parties of record, through their respective attorneys, **HEREBY STIPULATE** that the above-captioned matter and all claims of relief can be dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the matter. All parties to bear their own fees and costs.

**IT IS SO STIPULATED.**

Date: _____   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: ____/s/_____
Sean Nalty
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA and LOCKHEED MARTIN FLEXIBLE BENEFITS PLAN

Date: _____   GORDON & REES LLP

By: ____/s/_____
Tad Devlin
Attorneys for Defendants
LOCKHEED MARTIN FLEXIBLE BENEFITS PLAN, LOCKHEED MARTIN GROUP UNIVERSAL LIFE PLAN and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

Date: _____   THE LAW OFFICE OF STEVEN M. CHABRE

By: ____/s/_____
Steven M. Chabre
Attorneys for Plaintiff NASSER ESA

## ORDER

The above-captioned matter and all claims for relief with respect to the action are dismissed with prejudice as to all parties pursuant to the parties' agreement to resolve the disputed matter. All parties to bear their own fees and costs.

**IT IS SO ORDERED**.

Date: September 30, 2011          By: /s/ Lucy H. Koh
                                  HONORABLE LUCY H. KOH
                                  UNITED STATES DISTRICT JUDGE